UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON R. CALLINS,<br><br>    Plaintiff,<br><br>v.<br><br>C. PFEIFFER, et al.,<br><br>    Defendants. | Case No. 1:17-cv-00840-DAD-EPG (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS, DENYING MOTION TO POSTPONE CASE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(ECF NOS. 25 & 26) |

    Carlton Callins ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint commencing this action on June 23, 2017. (ECF No. 1). On June 21, 2018, the Court found service of the complaint appropriate and directed Plaintiff to complete and return the service documents within thirty days. (ECF No. 20).

    On July 20, 2018, Plaintiff filed a motion for an order directing a law librarian at his institution of confinement to allow him to make copies of his complaint so that he could serve Defendants. (ECF No. 22). On July 30, 2018, the Court denied Plaintiff's motion, ordering that "Plaintiff has thirty days from the date of service of this order to complete and return the service documents (which are identified in the order dated June 20, 2018 (ECF No. 20)) or to file another motion for copies in compliance with the instructions [in this order]." (ECF No.

1

23, p. 2).

The deadline for Plaintiff to complete and return the service documents or file a motion for copies with more information passed, and Plaintiff failed to do either. Accordingly, on October 5, 2018, the Court issued findings and recommendations, recommending that Plaintiff's case be dismissed, without prejudice, for failure to comply with a court order and failure to prosecute. (ECF No. 25). The Court noted that it would vacate the findings and recommendations if, within the objection period, Plaintiff completed and returned the service documents or filed a motion for copies in compliance with the instructions in the Court's order entered on July 30, 2018 (ECF No. 23). (ECF No. 25, p. 2).

On October 9, 2018, Plaintiff filed a motion to postpone the case. (ECF No. 26). Plaintiff stated that he needed to "postpone" his lawsuit because he was placed on suicide watch. He was placed on suicide watch because he was going to be transferred to a prison where is safety is in jeopardy.

On October 22, 2018, Plaintiff filed objections to the findings and recommendations. (ECF No. 29). In his objections Plaintiff states that he completed the service documents and sent them to the Court along with his motion for copies. Plaintiff asks the Court to re-send him copies of the service documents.

While Plaintiff still has not completed and returned all the necessary service documents, in light of Plaintiff's request for copies of the service documents and his request to postpone the case, the Court will vacate the findings and recommendations and send Plaintiff additional copies of the service documents. Plaintiff **must** complete and return the service documents, including thirteen copies of his complaint, within thirty days.

As to Plaintiff's motion to postpone the case, it will be denied because Plaintiff has failed to show good cause for "postponing" the case. The Court notes that if Plaintiff needs an extension of a particular deadline, he should file a motion for an extension of that deadline.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion to postpone the case is DENIED;
2. The findings and recommendations issued on October 5, 2018, are VACATED;

3. The Clerk of Court shall SEND Plaintiff twelve (12) USM-285 forms, twelve (12) summonses, a Notice of Submission of Documents form, an instruction sheet, and a copy of the complaint filed on June 23, 2017 (ECF No. 1);

4. Within **thirty (30) days** from the date of service of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. A completed summons for each defendant;

   b. A completed USM-285 form for each defendant; and

   c. Thirteen (13) copies of the endorsed complaint filed on June 23, 2017;

5. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshals Service to serve Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs; and

6. <u>Failure to comply with this order may result in the dismissal of this action</u>.

IT IS SO ORDERED.

Dated: **October 24, 2018**          /s/ Erin P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE