UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON R. CALLINS,<br><br>    Plaintiff,<br><br>    v.<br><br>C. PFEIFFER, et al.,<br><br>    Defendants. | Case No. 1:17-cv-00840-DAD-EPG (PC)<br><br>ORDER FOLLOWING INITIAL SCHEDULING CONFERENCE |

Carlton Callins ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On September 11, 2019, the Court held an Initial Scheduling Conference ("Scheduling Conference"). Plaintiff telephonically appeared on his own behalf. Counsel Robert Perkins and Jon Allin telephonically appeared on behalf of Defendants.

Based on input from the parties, and for the reasons discussed on the record, the Court determined that the issue of exhaustion of available administrative remedies should be decided before the case proceeds further.

Accordingly, for the reasons stated on the record at the Scheduling Conference, IT IS ORDERED that:

   1. The case is stayed, except for the issue of exhaustion of available administrative

remedies.

2. Discovery is opened only as to the issue of exhaustion of available administrative remedies. Responses to discovery requests are due within thirty days after service of the request.

3. Defendants have until November 22, 2019, to file a motion for summary judgment on the basis that Plaintiff failed to exhaust his available administrative remedies, or to file a statement that they are waiving their exhaustion defense. If Defendants file a motion for summary judgment, Plaintiff's opposition is due December 20, 2019, and Defendants' reply is due January 15, 2020.

4. The Court will issue a further schedule once the issue of exhaustion is decided, or upon further order of the Court.

IT IS SO ORDERED.

Dated: **September 11, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE